# TRACOR

11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0104-3        User: VAP           RECEIVED AND FILED              Date Rcvd: Mar 30, 1999
Case: 98-16653ESL           Form ID: 001        Page 1 of 4
                                                Total Served: 14
```

The following entities were served by first class mail on Apr 01, 1999.
```
D      SEGUI DIAZ, BARTOLO,   RES PONCE HOUSING EDIF 3 APTO 2,    PONCE, PR 00731
DA     JULIO RIVERA TORO,,    BOX 5090,    PONCE, PR 00731
T      WIGBERTO LUGO MENDER,   CITIBANK TWR (STE 504 R252 P. DE LEON,    SAN JUAN, PR 00918
       OFFICE OF THE US TRUSTEE,   FEDERAL BUILDING ROOM 638,   CHARDON STREET,   SAN JUAN, PR 00918
       CAMARA DE COMERCIANTES MAYORISTAS,   PO BOX 195337,   HATO REY STA,   SAN JUAN, PR 00919-5337
       DEPARTAMENTO DE HACIENDA,   PO BOX 9024140 OFICINA 424-B,   SAN JUAN, PR 00902-4140
       STATE INSURANCE FUND,   HECTOR R. DIAZ GONZALEZ, ESQ.,   PO BOX 365028,   SAN JUAN, PR 00936-5028
       DEPT OF JUSTICE-FED. LITIGATION,   PO BOX 9020192,   SAN JUAN, PR 00902-0192
       AUTORIDAD DE ENERGIA ELECTRICA,   PO BOX 4267,   SAN JUAN, PR 00936
       DUN & BRADSTREET,   MIRIAM CHEVERE-DISTR. MANAGER,   BOX 363248,   SAN JUAN, PR 00936-3248
       P.R. DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG.,
          SPECIAL PROCEDURE UNIT-12FLOOR  505 MUNOZ   SAN JUAN, PR 00918
       OFFICE OF THE US TRUSTEE,   F DEGETAU FEDERAL BLDG ROOM 638,   CHARDON AVE,   SAN JUAN, PR 00918
1      ISLAND FINANCE-BANKRUPTCY DEPT,   PO BOX 195369,   SAN JUAN, PR 00919-5369
2      POPULAR FINANCE,   PO BOX 6090,   PONCE, PR 00733-6090
```

The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: 04/01/99              Signature:    *Joseph Speetjens*

401000549

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

SEGUI DIAZ, BARTOLO

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

Debtor(s)

CASE NO. 98-16653 ESL

Chapter 7



## DISCHARGE OF DEBTOR

It appearing that a petition commencing a case under Title 11, United States Code, was filed by or against the person named above, and that an order for relief was entered under Chapter 7, and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the Court or that a complaint objecting to discharge of debtor was filed and, after due notice and hearing, was not sustained;

**IT IS ORDERED THAT**

1. The above mentioned debtor is released from all dischargeable debts.

2. Any Judgment heretofore and hereafter obtained in any court other than this Court is null and void as a determination of personal liability of the debtor with respect to any of the following:

    (a) debts dischargeable under 11 U.S.C. 523;

    (b) unless heretofore and hereafter determined by order of this Court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4) and (6) of 11 U.S.C. 523(a);

    (c) debts determined by this Court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above named debtor.

San Juan, Puerto Rico, this 23 day of March, 1999.

Enrique S. Lamoutte
United States Bankruptcy Judge

cc: all creditors

401000548